UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-2329319-RNS

SHEROLD ROAF,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH
AMERICA,

      Defendant.

_____/

## ORDER GRANTING AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE having come before this Court upon the Amended Unopposed Motion of the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("Defendant"), for an extension of time within which to file its response to the Complaint of the Plaintiff, SHEROLD ROAF, and the Court, having considered the Motion, been advised of the agreement of the parties, and being otherwise fully apprised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby GRANTED. Defendant shall respond to the Complaint on or before September 11, 2020.

DONE and ORDERED in Chambers in Miami-Dade County, Florida on this ___ day of August 2020.

_____
THE HONORABLE ROBERT N. SCOLA
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record